# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sydney Dillard

           Plaintiff,

v.                                       Case No.: 1:20–cv–07760

                                       Honorable Elaine E. Bucklo

DePaul University

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 8, 2021:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling Conference set for 4/15/2021 at 09:45 AM (to track the case only; no appearance will be required). Joint Rule 26(f) planning report due 4/8/2021. The court will enter a schedule based on the report. Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.