**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sydney Dillard, Plaintiff v.      Case Number: 1:20-cv-07760
DePaul University, Defendant.

An appearance is hereby filed by the undersigned as attorney for:
Defendant DePaul University

Attorney name (type or print): Anneliese Wermuth

Firm: Cozen O'Connor

Street address: 123 N. Wacker Drive, Ste. 1800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6270970                Telephone Number: 312/474-7876
(See item 3 in instructions)

Email Address: awermuth@cozen.com

Are you acting as lead counsel in this case?        ☒ Yes   ☐ No
Are you acting as local counsel in this case?       ☐ Yes   ☒ No
Are you a member of the court's trial bar?          ☒ Yes   ☐ No
If this case reaches trial, will you act as the trial attorney?   ☒ Yes   ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                     If appointed counsel, are you a
                                                     ☐ Federal Defender
                                                     ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/5/2021

Attorney signature:    S/ Anneliese Wermuth
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015