# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sydney Dillard

                              Plaintiff,

v.                                                                        Case No.: 1:20−cv−07760
                                                                            Honorable John Robert Blakey

DePaul University

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 29, 2022:

       MINUTE entry before the Honorable John Robert Blakey:The Court grants Defendant's unopposed motion for leave to file under seal [33] and also grants Defendant's motion for protective order [35]. This Court previously extended fact discovery for the limited purpose of allowing Defendant to depose Plaintiff's neurologist. Although the parties' 5/27/22 status report indicated that Plaintiff had expressed an interest in deposing two additional witnesses (which this Court assumes are the same witnesses referenced in Defendant's current motion), Plaintiff did not seek an extension of the 6/10/22 fact discovery deadline to depose these witnesses. The 6/30/22 Notice of Motion date is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.