UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Sydney Dillard
                  Plaintiff,

v.                                      Case No.: 1:20−cv−07760
                                             Honorable John Robert Blakey

DePaul University
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' motion to extend expert discovery [75] and strikes the 3/15/23 Notice of Motion date. If the parties are unable to resolve this matter, the Court will issue an order setting a revised, short, expert discovery deadline and a revised status report deadline. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.